IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL KIENITZ,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                              Case No. 12-cv-464-slc

SCONNIE NATION, LLC, and
UNDERGROUND PRINTING-WISCONSIN,
L.L.C.,

    Defendants.

     This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Sconnie Nation LLC and Underground Printing-Wisconsin, LLC against plaintiff Michael Kienitz granting defendant's motion for summary judgment.

| /s/ | 8/15/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |