UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

MICHAEL KIENITZ,

      Plaintiff,

                              Case No. 12-CV-464

v.

SCONNIE NATION LLC, and UNDERGROUND
PRINTING – WISCONSIN, L.L.C.,

      Defendants.

## NOTICE OF APPEAL

Please take notice that plaintiff, Michael Kienitz, hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Opinion and Order on the parties' cross motions for summary judgment entered August 15, 2013 (Dkt. 19), and the Judgment in this action entered on August 16, 2013 (Dkt. 20).

Dated:  September 11, 2013         *s/ Jennifer L. Gregor*
                                              James D. Peterson
                                              Jennifer L. Gregor
                                              GODFREY & KAHN, S.C.
                                              One East Main Street, Suite 500
                                              Madison, WI  53703
                                              Phone:  608-257-3911
                                              Fax:  608-257-0609
                                              Email: jpeterson@gklaw.com, jgregor@gklaw.com

                                              *Attorneys for Plaintiff, Michael Kienitz*

9057488